# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-2308

---

United States of America, *
*
Plaintiff – Appellee, *
*
v. *
*
Martha Alvarado-Rivera, *
also known as Rosa Ontiveros Aranda, *
*
Defendant – Appellant. *

RECEIVED
BY MAIL
JUL 27 2005
CLERK US DIST COURT
ST. PAUL, MN

---

No. 03-2374

---

Appeals from the United States
District Court for the
District of Minnesota.

CR 02-283(1) DWF/SRN

United States of America, *
*
Plaintiff – Appellee, *
*
v. *
*
Gilberto Moya-Vega, *
also known as Jorge Salinas, *
*
Defendant – Appellant. *

SCANNED
JUL 27 2005
U.S. DISTRICT COURT ST. PAUL

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

June 20, 2005

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans