# CERTIFICATE OF SERVICE

I certify that the following document MOTION FOR BOOKER ____________________, was placed in the institution mailbox (first-class postage, prepaid). Said document was sent to the following individual on the date listed below. Pursuant to Houston v Lack, 487 U.S. 266 (1988). Under Title 28 U.S.C. §1746. "Pro se litigant's pleadings are filed at the moment of delivery to prison authorities."

23-NOV-2005
DATE

x [signature]
SIGNATURE OF PERSON MAILING
GILBERTO MOYA VEGA

United States Attorney Office

U.S. District Court

SCANNED
DEC 07 2005
U.S. DISTRICT COURT ST. PAUL