1990842

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED

DEC 05 2005

MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

November 29, 2005

CR02-283(1) DWF/SRN
CR 02-283(2) DWF/SRN

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Martha Alvarado-Rivera (2) & Gilberto Moya-Vega (1)
v. United States
No. 05-7790
(Your No. 03-2308, -2374)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 19, 2005 and placed on the docket November 29, 2005 as No. 05-7790.

Sincerely,

**William K. Suter**, Clerk

by [signature]
Heather Trant
Case Analyst

RECEIVED
DEC 5 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JAN 03 2006
U.S. DISTRICT COURT ST. PAUL